UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS PARTRIDGE,

                  Plaintiff,

        -against-

BLACK ROCK LLC; LARRY FINK, CEO;
LARRY KAPITO, PRESIDENT; PHILLIP
HILDEBRAND, VICE CHAIRMAN,

                Defendants.

25cv696 (LTS)

CIVIL JUDGMENT

       For the reasons stated in the August 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    August 26, 2025
           New York, New York

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
              Chief United States District Judge